IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>AMARO GONCALVES,<br>JOHN M. MUSHRIQUI,<br>JEANA MUSHRIQUI,<br>JONATHAN M. SPILLER,<br>DAVID PAINTER,<br>LEE WARES,<br>PANKESH PATEL,<br>OFER PAZ,<br>ISRAEL WEISLER,<br>    a/k/a WAYNE WEISLER,<br>MICHAEL SACKS,<br>JOHN BENSON WIER III,<br>HAIM GERI,<br>YOCHANAN COHEN,<br>    a/k/a YOCHI COHEN,<br>SAUL MISHKIN,<br>R. PATRICK CALDWELL,<br>STEPHEN GERARD GIORDANELLA,<br>ANDREW BIGELOW,<br>HELMIE ASHIBLIE,<br>DANIEL ALVIREZ,<br>LEE ALLEN TOLLESON,<br>J. GREGORY GODSEY, and<br>MARK FREDERICK MORALES,<br><br>      Defendants. | Case No. 1:09-CR-335 (RJL) |

## DEFENDANTS' MOTION FOR A BILL OF PARTICULARS

Defendants, by and through undersigned counsel, respectfully move this Court, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, to order the Government to provide a

bill of particulars in the above-captioned case within seven days of the entry of the Court's order.[1] The particulars sought are as follows:

1. With respect to the allegations in paragraph 28, identify the particulars in support of charging each Defendant in one overarching conspiracy. In addition, identify:

   a. by name and address, each unindicted conspirator either (i) known to the Government at the time of the indictment, or (ii) unknown to the Government at the time of the indictment but who has since become known;

   b. all overt acts in furtherance of the conspiracy that the Government intends to prove at trial;

   c. the time, place, and circumstance under which each Defendant allegedly conspired, confederated, or agreed with another Defendant in furtherance of the conspiracy and for each identified instance identify the Defendants involved and the manner in which they allegedly conspired, confederated, or agreed with one another; and

   d. the first act, and approximate date of such act, that establishes when each Defendant allegedly joined the conspiracy.

2. With respect to the allegations in paragraph 30(b), identify the time, place, and circumstance of the alleged meetings and identify the names of the participants in each such meeting.

3. With respect to the allegations in paragraphs 30(c) through 30(g), and 30(i) through 30(k), identify the time, place, and circumstances of each alleged agreement and identify the names of the persons present at the time of each such agreement.

4. With respect to the allegations in paragraphs 30(m) and 30(n), identify the names of the persons present when each of the named Defendants allegedly met with "Mahmadou."

5. With respect to the allegations in paragraph 31, identify all "other" meetings or conversations in which any Defendant participated that constitute an overt act, including by identifying the place, date, time and participants in any such meetings or conversations.

6. With respect to the allegations in paragraphs 28 through 31, identify:

---

[1] Defendants file this consolidated Motion for a Bill of Particulars in consideration of the Court's direction to Defendants to consolidate filings where appropriate.

    a. what act or acts were allegedly performed by each Defendant to show that they, and all others who allegedly participated in the charged conspiracy, shared a common goal;

    b. what act or acts were allegedly performed by each Defendant, and others, to show interdependence between those who allegedly participated in the charged conspiracy; and

    c. what act or acts were allegedly performed by each Defendant, and others, to show overlap among those who allegedly participated in the charged conspiracy.

7. With respect to the allegations in paragraph 33, identify by name and address each conspirator either (a) known to the Government at the time of the indictment, or (b) unknown to the Government at the time of the indictment but who has since become known.

8. With respect to the allegations in paragraph 35, identify:

    a. by name and address, each unindicted conspirator either (i) known to the Government at the time of the indictment, or (ii) unknown to the Government at the time of the indictment but who has since become known;

    b. any overt acts in furtherance of the conspiracy that the Government intends to prove at trial;

    c. the time, place, and circumstance under which each Defendant conspired, confederated, or agreed with another Defendant in furtherance of the conspiracy and for each identified instance identify the Defendants involved and the manner in which they allegedly conspired, confederated, or agreed with one another; and

    d. the first act, and approximate date of such act, that establishes when each Defendant allegedly joined the conspiracy.

9. With respect to the allegations in paragraph 35, identify:

    a. what act or acts were allegedly performed by each Defendant to show that they, and all others who allegedly participated in the charged conspiracy, shared a common goal;

    b. what act or acts were allegedly performed by each Defendant, and others, to show interdependence between those who allegedly participated in the charged conspiracy; and

  c. what act or acts were allegedly performed by each Defendant, and others, to show overlap among those who allegedly participated in the charged conspiracy.

10. With respect to the allegations in paragraph 35(a), identify:

  a. what act or acts were allegedly performed by each Defendant, or others, to willfully conspire "to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States...."; and

  b. what act or acts were allegedly performed by each Defendant to show a *mens rea* of "intent to promote the carrying on of specified unlawful activity...."

11. With respect to the allegations in paragraph 35(b), identify:

  a. what act or acts were allegedly performed by each Defendant, or others, to willfully conspire "to conduct a financial transaction involving property represented to be the proceeds of specified unlawful activity, or property used to conduct or facilitate specified unlawful activity....";

  b. the particulars for the allegation that the property involved in the financial transaction was represented to be proceeds of specified unlawful activity;

  c. the "property represented to be the proceeds of specified unlawful activity....";

  d. the "property used to conduct or facilitate specified unlawful activity...."; and

  e. what act or acts were allegedly performed by each Defendant to show a *mens rea* of "intent to promote the carrying on of specified unlawful activity...."

12. With respect to the allegations in paragraph 35(b), identify:

  a. what act or acts were allegedly performed by each Defendant, or others, to show each Defendant willfully conspired to "knowingly" engage or attempt to engage in a monetary transaction;

  b. the particulars for the allegation that the monetary transaction affected "interstate and foreign commerce....";

  c. the particulars for the allegation that the Defendants conspired to engage in a monetary transaction "in criminally derived property....";

d. the particulars for the allegation that the Defendants conspired to engage in a monetary transaction "in criminally derived property of a value greater than $10,000…."; and

e. what act or acts were allegedly performed by each Defendant to show each Defendant knew that the transaction alleged in Count 44 (paragraph 35(c)) was in criminally derived property.

13. With respect to the allegations in paragraph 37, identify the "property, real and personal, which constitutes or is derived from proceeds traceable to the FCPA offenses" and the "sum of money equal to the amount of proceeds obtained as a result of the FCPA offenses."

14. With respect to the allegations in paragraph 37 through 39, identify the particular property of each Defendant (including money and substitute assets, if any) that the Government claims is subject to forfeiture.

In support of this Motion, Defendants adopt and incorporate by reference the arguments, authorities, and requests contained in Defendants' Statement of Points and Authorities in Support of Defendants' Motion for a Bill of Particulars.

WHEREFORE, Defendants respectfully request this Motion be granted.

Dated: May 14, 2010

Respectfully submitted,

/s/ Lisa A. Prager

Lisa A. Prager (No. 492847)
Michelle J. Shapiro
Lara Covington
Wilson Sonsini Goodrich & Rosati
1700 K Street, N.W., 5th Floor
Washington , D.C. 20006
Telephone: (202) 973-8814
Email: lprager@wsgr.com

*Counsel for Israel Weisler*

_____ /s/ Robert Andalman _____
Robert Andalman (Illinois Bar No. 6209454)
Jeremy Margolis (Illinois Bar No. 1763865)
Admitted *Pro Hac Vice*
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, IL 06054
Telephone: (312) 464-3168
Email: randalman@loeb.com

*Counsel for Amaro Goncalves*

_____ /s/ Charles Leeper _____
Charles Leeper (No. 310367)
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, D.C. 20005-1208
Telephone: (202) 842-8800
Email: charles.leeper@dbr.com

*Counsel for Jeana Mushriqui*

_____ /s/ David Schertler _____
David Schertler (No. 367203)
Danny Onorato (No. 480043)
Schertler & Onorato, L.L.P.
601 Pennsylvania Avenue, N.W.
North Building – 9th Floor
Washington, D.C. 20004
Telephone: (202) 628-4199
Email: dschertler@schertlerlaw.com

*Counsel for Lee Wares*

_____ /s/ Brian M. Heberlig _____
Brian M. Heberlig (No. 455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Telephone: (202) 429-8134
Email: bheberlig@steptoe.com

*Counsel for Ofer Paz*

_____ /s/ David Krakoff _____
David Krakoff (No. 229641)
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3370
Email: dkrakoff@mayerbrown.com

*Counsel for John M. Mushriqui*

_____ /s/ Peter Zeidenberg _____
Peter Zeidenberg (No. 440803)
DLA Piper LLP
500 8th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 799-4531
Email: peter.zeidenberg@dlapiper.com

*Counsel for David Painter*

_____ /s/ Eric B. Bruce _____
Eric B. Bruce (No. 453444)
Kobre & Kim, LLP
1919 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 664-1903
Email: eric.bruce@kobrekim.com

*Counsel for Pankesh Patel*

_____ /s/ David Barger _____
David Barger (No. 469095)
Michael R. Sklaire (No. 445364)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102
Telephone: (703) 749-1307
Email: bargerd@gtlaw.com

*Counsel for Michael Sacks*

| | |
|---|---|
| _____/s/ Todd Foster_____<br>Todd Foster (Florida Bar No. 0325198)<br>Admitted *Pro Hac Vice*<br>Cohen, Foster & Romine, P.A.<br>201 East Kennedy Blvd., Suite 1000<br>Tampa, FL  33602<br>Telephone:  (813) 225-1655<br>Email:  tfoster@tampalawfirm.com<br><br>*Counsel for John Benson Wier, III* | _____/s/ Allen Dale_____<br>Allen Dale (No. 954537)<br>David Chesnoff (Admitted *Pro Hac Vice*)<br>Law Office of G. Allen Dale<br>601 Pennsylvania Avenue, N.W.<br>Suite 900, North Building<br>Washington, D.C.  20004<br>Telephone:  (202) 783-1654<br>Email:  gallendale@aol.com<br><br>*Counsel for Yochanan R. Cohen* |
| _____s/ Brittney Horstman_____<br>Brittney Horstman (No. MI0045)<br>Kubiliun & Associates, P.A.<br>201 S. Biscayne Boulevard<br>Suite 905<br>Miami, FL  33131<br>Telephone:  (305) 577-0227<br>Email:  bbhorstman@hotmail.com<br><br>*Counsel for Saul Mishkin* | _____/s/ Eric Dubelier_____<br>Eric A. Dubelier (No. 419412)<br>Kate J. Seikaly (No. 498641)<br>Reed Smith<br>1301 K Street, N.W.<br>1100 East Tower<br>Washington, D.C.  20005<br>Telephone:  (202) 414-9291<br>Email:  edubelier@reedsmith.com<br><br>*Counsel for R. Patrick Caldwell* |
| _____/s/ Paul A. Calli_____<br>Paul A. Calli (Florida Bar No. 994121)<br>Admitted *Pro Hac Vice*<br>Carlton Fields, P.A.<br>100 Southeast 2nd Street<br>Suite 4200<br>Miami, FL  33131<br>Telephone:  (305) 530-0050<br>Email:  pcalli@carltonfields.com<br><br>*Counsel for Stephen G. Giordanella* | _____/s/ Lawrence Jacobs_____<br>Lawrence Jacobs (Florida Bar No. 238228)<br>Admitted *Pro Hac Vice*<br>Lawrence Jacobs, P.A.<br>543 10th Street West<br>Bradenton, FL  34205<br>Telephone:  (941) 746-6800<br>Email:  lajesq@aol.com<br><br>*Counsel for Andrew Bigelow* |

/s/ Eugene V. Gorokhov
Eugene V. Gorokhov (No. 979785)
Charles Burnham (Virginia Bar No. 72781)
Burnham & Gorokhov, PLLC
1730 Clarendon Boulevard
Arlington, VA  22209
Telephone:  (703) 310-7587
Email:  eugene@burnhamgorokhov.com

*Counsel for Helmie Ashiblie*

/s/ Michael J. Madigan
Michael J. Madigan (No. 71183)
Orrick, Herrington & Sutcliffe
1152 15th Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 339-8523
Email:  mmadigan@orrick.com

*Counsel for John Gregory Godsey*

/s/ Dee Wampler
Dee Wampler (Missouri Bar No. 19046)
Joe Passanise (Missouri Bar No. 46119)
Admitted *Pro Hac Vice*
The Law Offices of Dee Wampler
2974 E. Battlefield
Springfield, MO  65804
Telephone:  (417) 882-9300
Email:  dee@deewampler.com

*Counsel for Lee Allen Tolleson*

/s/ Steven J. McCool
Steven J. McCool (No. 429369)
Mallon & McCool, LLC
1776 K Street, N.W.
Suite 200
Washington, D.C.  20006
Telephone:  (202) 680-2440
Email:  smccool@mallonandmccool.com

*Counsel for Mark F. Morales*