UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | Criminal Case No. 09--335 (RJL) |
| AMARO GONCALVEZ, et al., | ) ) | |
| Defendants. | ) ) ) | FEB 2 4 2012 |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER rd
(February 22, 2012)

Upon consideration of the government's motion to dismiss pursuant to Fed. R. Crim. P. 48(a), the Court hereby dismisses with prejudice the underlying indictments as to all defendants (9-cr-335, Dkt. #1; 9-cr-336-1; 9-cr-336-2; 9-cr-337-1; 9-cr-337-2; 9-cr-338; 9-cr-339; 9-cr-340-1; 9-cr-340-2; 9-cr-341; 9-cr-342; 9-cr-343; 9-cr-344; 9-cr-345-1; 9-cr-345-2; 9-cr-346; 9-cr-347; 9-cr-348-1; 9-cr-348-2; 9-cr-349-1; 9-cr-349-2; 9-cr-350);

and dismisses with prejudice the Superseding Indictment (9-cr-335) as to the following defendants:

- John Mushriqui,
- Jeana Mushriqui,
- David Painter,
- Lee Wares,
- Pankesh Patel,
- Ofer Paz,
- Israel Weisler,
- Michael Sacks,
- John Weir III,
- Yochanan Cohen,

1

- Andrew Bigelow,
- Helmie Ashiblie,
- Lee Tolleson,
- Saul Mishkin,
- Marc Morales, and
- Amaro Goncalves.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge